**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> SURGICAL CARE AFFILIATES, LLC, and SCAI HOLDINGS, LLC | No. 3-21-cr-00011-L |

## **ORDER**

Upon review and consideration of the Government's Unopposed Motion to Dismiss the Indictment (ECF No. \_\_\_\_), the Court finds that the indictment in the above-referenced action should be dismissed with prejudice.

IT IS HEREBY ORDERED that the indictment in the above-referenced action is dismissed with prejudice.

DATED this \_\_\_\_ day of _____, 2023.

_____
THE HONORABLE SAM A. LINDSAY
United States District Judge